**Order entered June 25, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00688-CV

## IN RE PATRICK BOUVIA KIMBLE, Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-95-01665-LN**

## ORDER
Before Justices Lang, Myers, and Whitehill

Based on the Court opinion of this date, we **DENY IN PART** and **DISMISS IN PART**

relator's June 12, 2016 petition for writ of mandamus.


/s/     DOUGLAS S. LANG
         JUSTICE